No. 57342.—Art & Sign Brush Mfg. Corp. *v.* United States, protest 182535–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of hair pencils similar in all material respects to those the subject of *Solo Horton Brush Co. (Inc.)* v. *United States* (63 Treas. Dec. 143, T. D. 46123), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MAY 20, 1953

No. 57343.—Metal Traders, Inc. *v.* United States, protest 181294–K (New York).

Opinion by LAWRENCE, J.   It was stipulated that the merchandise consists of scrap lead of which metal is the component material of chief value, and which is secondhand and fit only to be remanufactured.   Upon the agreed statement of facts, it was held that the merchandise comes within the provisions of Public Law 869, as amended by Public Law 66, *supra*, and is properly entitled to free entry.